**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DAVIA SMALL,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-1310** |
| | § | |
| **MERCEDES-BENZ FINANCIAL SERVICES USA LLC** | § | |
| | § | |
| | § | |
| ***Defendants.*** | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C §§ 1332, 1441 and 1446, Defendant Mercedes-Benz Financial Services USA LLC ("MBFS" and "Defendant"), through its attorneys, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby removes the case captioned Davia Small v. Mercedes-Benz Financial Services USA LLC, pending in the 153rd Judicial District Court of Tarrant County, Texas, Cause No. 153-382473-26, to the United States District Court, Northern District of Texas, Fort Worth Division. In support of this Notice of Removal, Defendant states as follows:

## I. BACKGROUND

1. On or about September 11, 2026, Plaintiff filed an Original Petition ("Petition") against Defendant captioned *Davia Small v. Mercedes-Benz Financial Services USA LLC,* in the 153rd Judicial District Court of Tarrant County, Texas, Cause No. 153-382473-26, (the "State Court Action").

2. Defendant received service of the Original Petition on September 25, 2026. This Notice of Removal, together with all process, pleadings, and orders served on Defendant, or otherwise on file in the lawsuit, are being filed in this Court within 30 days after the initial service of the Petition

on Defendant. The removal is therefore timely under 28 U.S.C. § 1446(b). True and correct copies of these documents are attached hereto as **Exhibit 1**, as required by 28 U.S.C. § 1446(a).

## II. BASIS FOR REMOVAL – DIVERSITY JURISDICTION

1. Diversity jurisdiction exists in "civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States[.]" 28 U.S.C. § 1332(a).

2. This Court has jurisdiction over this action, pursuant to 28 U.S.C. § 1332, because it is a civil action between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

3. Plaintiff is a citizen and resident of Texas. Pl.'s Pet. ¶ 3.

4. Defendant is not a citizen of the State of Texas. MBFS is a Delaware limited liability company. An LLC is a citizen of every state in which its owners or members are citizens. *Megalomedia Inc. v. Philadelphia Indem. Ins. Co.*, 115 F.4th 657, 659 (5th Cir. 2024); *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079–80 (5th Cir. 2008).

5. MBFS's sole member is Mercedes-Benz North America Corporation. Mercedes-Benz North America Corporation is a Delaware Corporation. Mercedes-Benz North America Corporation had its principal place of business in Farmington Hills, Michigan through August 2026. It moved its principal place of business to Sandy Springs, Georgia, effective September 1, 2026, although it is still in the process of completing required filings.

6. Accordingly, MBFS is not a citizen of the State of Texas, but of the States of Delaware, formerly of Michigan, and now of Georgia, the States of which its member was and is a citizen. As Plaintiff is a citizen of Texas and Defendant is not, there is complete diversity of citizenship between the parties as of this Notice of Removal.

7. As to the amount in controversy, Plaintiff seeks monetary damages over $250,000. Pl.'s Pet. ¶ 2.

8. Pursuant to 28 U.S.C. § 1446, a notice of removal must be filed within 30 days of receipt by a defendant of the initial pleading setting forth the claim for relief upon which the civil action is based. 28 U.S.C. § 1446. Here, Defendant was served through its registered agent on September 25, 2026. Thus, this Notice has been filed within 30 days thereof, and, as such, removal is timely.

9. Removal to this district court is proper because this is the district which embraces the county in which plaintiff filed the State Court Action. 28 U.S.C. § 1446(a). The Fort Worth Division of the Northern District of Texas is the proper division for this case because Defendant's facility where Plaintiff was employed, and where the events giving rise to Plaintiff's claims occurred, is located in Tarrant County at 14372 Heritage Parkway, Fort Worth, Texas 76177. Pl.'s Pet. ¶ 3.

## III. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

1. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1, attached hereto as Exhibit 1 is an index of the documents filed in the State Court Action, and Exhibits A-F, which include a completed civil cover sheet, a supplemental civil cover sheet, an index of all documents, the State Court Action's Docket Sheet, and copies of all documents filed in the State Court Action, other than discovery. Defendant's Certificate of Interested Persons will be filed separately.

## IV. NOTICE

Defendant will file promptly a copy of this Notice of Removal with the clerk of the state court wherein the State Court Action has been pending and serve this Notice of Removal on all named parties to the removed case.

WHEREFORE, Defendant gives notice that the case captioned *Davia Small v. Mercedes-Benz Financial Services USA LLC,* Cause No. 153-382473-26, in the 153rd Judicial District Court of Tarrant County, Texas, Cause No. 153-382473-26, is hereby removed to this Court.

Respectfully Submitted,

**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**

*/s/ Shayna E. Dickman*
Texas Bar No. 24120438
shayna.dickman@ogletree.com
Jo Beth Drake
Texas Bar No. 24045942
jobeth.drake@ogletree.com
8117 Preston Road, Suite 500
Dallas, TX 75225
(214) 987-3800
(214) 987-3927 (FAX)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on October 13, 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to Counsel for Plaintiff, an ECF registrant.

*/s/ Shayna E. Dickman*
Shayna E. Dickman