UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DAVIA SMALL,**

**Plaintiff,**

**v.** **No. 4:26-cv-01310-P**

**MERCEDES-BENZ FINANCIAL SERVICES USA, LLC,**

**Defendant.**

# ORDER

Having considered the Notice of Removal and the state court papers attached to it, the Court finds that the Parties should file amended pleadings consistent with the requirements of this Court.

The filing of an amended complaint is not a trivial matter. Rule 81(c) of the Federal Rules of Civil Procedure provides that following removal, "repleading is unnecessary unless the court orders it." A complaint in federal court must plead facts that show the plaintiff's right to relief is plausible. *Ashcroft v. Iqbal*, 556 U.S. 662, 679 (2009). The Court does not accept conclusory allegations or unwarranted deductions of fact in a federal-court complaint as true. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Rule 9 of the Federal Rules of Civil Procedure also imposes additional pleading requirements on a party alleging fraud or mistake. Thus, the Court finds it beneficial to its adjudication of the case to have the plaintiff(s) in a removed action replead.

Bearing in mind the principles mentioned above, the Court now concludes that Plaintiff(s) should file an amended complaint that complies with (1) the requirements of Rule 8(a), Rule 9, and 10 of the Federal Rules of Civil Procedure, (2) the Local Civil Rules of the United

States District Court for the Northern District of Texas,[1] and (3) the undersigned's judge-specific requirements. Upon receipt of the amended complaint, each defendant must answer or otherwise respond to the amended complaint.

Thus, the Court **ORDERS** that (1) by **October 28, 2026**, Plaintiff(s) file an amended complaint that complies with the Federal Rules of Civil Procedure, the Local Civil Rules of the United States District Court for the Northern District of Texas, and the undersigned's judge-specific requirements and (2) **within 14 days** after Plaintiff(s) file an amended complaint, but no later than **November 11, 2026**, Defendant(s) file an answer or other response to the amended complaint.

The Court further **ORDERS** that failure of any party to comply with this order may result in the imposition of sanctions, including dismissal of Plaintiff(s)'s claims or granting of a default judgment if appropriate.

**SO ORDERED** on this **14th day of October 2026.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

[1] Although not specific to repleading, the Court further directs Plaintiff(s) to Local Rules 81.2 and 83.10. This Court requires that litigants exercise strict compliance with the Local Rules. And failure to comply will result in the dismissal of this case without prejudice without further notice.